1048

CLIFFORD F. MORRIS, ET AL, *Respondents,* v. OTTO
MATTIELIGH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 58461, Bruce P. Hanson, J., entered
February 4, 1977. *Affirmed in part* and *remanded* by
unpublished opinion per McInturff, J., concurred in by
Munson and Roe, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
FRED HAGLER, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 4558, Gerald B. Chamberlin, J.,
entered June 7, 1978. *Affirmed* by unpublished opinion per
Soule, J., concurred in by Pearson, C.J., and Petrie, J.

DILLARD TAYLOR, ET AL, *Respondents,* v. JOHN
ROBINSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 823243, Barbara Durham, J., entered April 12,
1978. *Reversed* by unpublished opinion per Farris, J., con-
curred in by James and Ringold, JJ.

*In the Matter of the Marriage of* DONNA M.
HAYDEN, *Respondent, and* GLEN E.
HAYDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D-101984, Norman W. Quinn, J., entered May
5, 1978. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by James and Ringold, JJ.